**Electronically Filed**
**Supreme Court**
**SCPW-22-0000276**
**09-MAY-2022**
**10:25 AM**
**Dkt. 20 ODDP**

SCPW-22-0000276

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MAUI MEADOWS NEIGHBORHOOD ASSOCIATION, a domestic non-profit association, and PONO POWER COALITION, an unincorporated association, Petitioners,

vs.

MAUI PLANNING COMMISSION and COUNTY OF MAUI, Respondents,

and

PAEAHU SOLAR, LLC, Respondents/Real Party in Interest.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR EXTRAORDINARY WRIT
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioners Maui Meadows Neighborhood Association and the Pono Power Coalition's petition for extraordinary writ, filed on April 17, 2022, and the record, petitioners fail to demonstrate that they are entitled to the requested extraordinary writ to warrant this court's intervention and have alternative means to seek relief. See, e.g., Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338

(1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Therefore,

It is ordered that the petition for extraordinary writ is denied.

DATED: Honolulu, Hawaiʻi, May 9, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins